



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 22, 2024**

**United States Bankruptcy Judge**
_____

BTXN 060 (rev. 10/19)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: §
Joris Lynn Dixon Sr § Case No.: 24−42307−mxm13
Lacheka Chonta Winfrey § Chapter No.: 13
§
Debtor(s) §

### ORDER DISMISSING CASE

**The Debtor(s), having been given notice that this case would be dismissed upon the failure to timely file:**

- ☐ Pay the required filing fee in installments as directed in the Order regarding the Application to Pay Filing Fee in Installments, or Order denying/revoking the Application for Waiver of the Chapter 7 Filing Fee.
- ☐ List of creditors required to be filed with the petition by N.D.TX L.B.R. 1007−1(a) **within 48 hours** from the issuance of the Notice of Deficiency
- ☑ Schedules A/B,C,D,E/F,G−J pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition
- ☐ Declaration for Electronic Filing III(B)(3) **within 7 days** of the filing of the Petition.
- ☑ Declaration About an Individual Debtor's Schedules (Official Form 106Dec) **within 14 days** of the date of the filing of the petition.
- ☐ Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202) **within 14 days** of the date of the filing of the petition.
- ☑ Statement of Financial Affairs pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition

page 2

- ☐ Plan/Plan Summary pursuant to Fed. R. Bankr. P. 3015 **within 14 days** of the filing of the Petition
- ☐ List of twenty largest unsecured creditors **within 48 hours** of the date of the filing of the Petition
- ☐ Social Security/Tax ID number **within 48 hours** from the issuance of the Notice of Deficiency
- ☐ Form 121 **within 48 hours** of the date of the Petition
- ☑ Summary of Assets and Liabilities (Official Form 106Sum/206Sum) **within 14 days** of the date of the filing of the Petition
- ☐ A complete original petition was not filed **within 3 days** from the issuance of the Notice of Deficiency
- ☐ Certificate of completion from an approved credit counseling course completed **within 180 days** of the date of the filing of the Petition
- ☐ Copies of employee income records **within 14 days** of the date of the filing of the Petition
- ☑ Statement of Current Monthly Income **within 14 days** of the date of the filing of the Petition
- ☐ Chapter 15 Service List **within 14 days** of the date of the filing of the Petition
- ☐ Cash Flow Statement **within 7 days** of the date of the filing of the Petition
- ☐ Balance Sheet **within 7 days** of the date of the filing of the Petition
- ☐ Statement of Operations **within 7 days** of the date of the filing of the Petition
- ☐ All required documents pursuant to 11 U.S.C. § 521 **within 45 days** of the filing of the Petition
- ☐ Other:

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that this Order shall not be deemed a bar to refiling under 11 U.S.C. §109(g).

The above styled and numbered case will be closed 21 days after the entry of this order provided that it is a single debtor case or a joint debtor case and both debtors are dismissed.

# # # End of Order # # #