Christopher M. Lee
State Bar No. 24041319
Jim Morrison
State Bar No. 14519050
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JORIS LYNN DIXON SR. | § | CASE NO. 24-42307-MXM-13 |
| LACHEKA CHONTA WINFREY | § | |
| Debtors | § | CHAPTER 13 |
| | § | |

### MOTION TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 13 CASE

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW Debtors, Joris Lynn Dixon Sr. and Lacheka Chonta Winfrey, and request an order reinstating the above referenced Chapter 13 case after dismissal, and would show the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105 and 28 U.S.C. §1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b).

2. Debtors filed their petition in bankruptcy under Chapter 13 on July 1, 2024.

3. Debtors' case dismissed on July 22, 2024, as a result of failure to timely file schedules A-J, statement of financial affairs, and CMI.

4. Debtors filed schedules A-J, statement of financial affairs, and CMI on July 23, 2024.

5. Debtors respectfully request this Court to grant their request to reinstate their Chapter 13 Bankruptcy Case.

WHEREFORE, PREMISES CONSIDERED, Debtors Joris Lynn Dixon Sr. and Lacheka Chonta Winfrey respectfully request that the Court enter an order reinstating their case under Chapter 13 and the stay be reinstated upon order being entered, and for any and such other relief as the Court may deem just.

Dated: July 23, 2024

Respectfully Submitted,

LEE LAW FIRM, PLLC

By: /s/Christopher M Lee
Christopher M. Lee
State Bar No. 24041319
Jim Morrison
State Bar No. 14519050
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2024 a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTOR**:
Joris Lynn Dixon
**Lacheka C. Winfrey**
6721 Morning Crest Court
Arlinton, Texas 76002

**STANDING CHAPTER 13 TRUSTEE**:
Pam Bassel
7001 Blvd. 26, Suite 150
North Richland Hills, TX 76180

**U.S. TRUSTEE**
Rm. 976
1100 Commerce Street
Dallas, TX 75242

By: /s/ Christopher M. Lee
Christopher M. Lee
State Bar No. 24041319

ATTORNEY FOR DEBTOR