**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710
Fax: (817) 916-4770

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.: 24-42307-MXM-13** |

**JORIS LYNN DIXON SR**
    6721 MORNINGCREST CT
    ARLINGTON, TX 76002
    SSN/TIN: XXX-XX-1565

**LACHEKA CHONTA WINFREY**
    6721 MORNINGCREST CT
    ARLINGTON, TX 76002
    SSN/TIN: XXX-XX-8946

**DEBTORS**

**TRUSTEE'S  RESPONSE TO MOTION TO REINSTATE CASE**

   NOW COMES Pam Bassel, Standing Chapter 13 Trustee and files this Trustee's Response to Motion to Reinstate Case filed by Debtors. Trustee would respectfully show the Court as follows:

1. Debtor must comply with the Plan, Code, Rules and General Order, and resolve the issues that required dismissal of the case prior to reinstatement.

   WHEREFORE, Trustee prays that the Motion to Reinstate Case be DENIED and for general relief.

                                            Respectfully submitted,

                        By:    /s/ Ethan S. Cartwright
                               Ethan S. Cartwright, Staff Attorney
                               Bar No. 24068273
                               PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                               Bar No. 01344800
                               860 Airport Freeway, Ste 150
                               Hurst, TX 76054
                               (817) 916-4710 Phone


**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

                        By:    /s/ Ethan S. Cartwright
                               Ethan S. Cartwright


JORIS LYNN DIXON SR & LACHEKA CHONTA
WINFREY
6721 MORNINGCREST CT
ARLINGTON, TX  76002