Christopher M. Lee
State Bar No. 24041319
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JORIS LYNN DIXON | § | CASE NO. 24-42307-MXM-13 |
| LACHEKA CHONTA WINFREY | § | |
| Debtor | § | CHAPTER 13 |
| | § | |

## DEBTOR'S WITHDRAWAL OF MOTION TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 13 CASE

TO THE JUDGE OF SAID COURT:

NOW COMES Debtor, Joris Lynn Dixon and Lacheka Chonta Winfrey and notifies the Court that they withdraw their Motion to Vacate Dismissal Order and Reinstate Chapter 13 Case.

Dated: August 8, 2024

                                                  Respectfully Submitted,

                                                  By: /s/Christopher Lee
                                                  Christopher M. Lee
                                                  State Bar No. 24041319
                                                  LEE LAW FIRM, PLLC
                                                  8701 Bedford Euless Rd, Ste 510
                                                  Hurst, TX 76053
                                                  469-646-8995 Phone

469-694-1059 Fax
ATTORNEY FOR DEBTOR

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 8, 2024, a true and correct copy of the foregoing was served on all parties in interest below and on the attached matrix.

**DEBTOR**:
Joris Lynn Dixon
6721 Morning Crest Court
Arlinton, Texas 76002

**STANDING TRUSTEE**:
Pam Bassel
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180

**U.S. TRUSTEE**
1100 Commerce Street
Room 976
Dallas, TX 75242

/s/ Christopher Lee
Christopher Lee